FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIMONA G. MARIE and THOMAS LEWIS, spouses; and ALTCONT, LLC, a Washington limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a foreign corporation; HARDING FINANCIAL PARTNERS, INC., a foreign corporation; ANDREW J. BROWN, an individual,<br><br>    Defendants. | No. 4:23-CV-05093-SAB<br><br>**ORDER DENYING MOTION TO DISMISS AMENDED COMPLAINT; DENYING AS MOOT MOTION TO STRIKE BROWN RESPONSE** |

    Before the Court are Defendant Pacific Life Insurance Company's Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6) and 9(b), ECF No. 18, and Motion to Strike Response and Declaration of Andrew Brown, ECF No. 29. The Court held a hearing on the motions via videoconference on January 23, 2024. Plaintiffs were represented by Daniel Laurence. Defendant Pacific Life Insurance was represented by Claire Rootjes. Defendant Harding Financial Partners was represented by Amir Tadjedin. Defendant Brown was represented by Colin Troy and Philip Grennan.

**ORDER DENYING MOTION TO DISMISS AMENDED COMPLAINT; DENYING AS MOOT MOTION TO STRIKE BROWN RESPONSE** *1

Defendant Pacific Life filed the Motion seeking their dismissal from the above-captioned case and requested the Court strike Defendant Brown's response to their Motion as improper.

For reasons stated on the record, the Court denied the Motion to Dismiss and denied as moot the Motion to Strike. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Pacific Life Insurance Company's Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(6) and 9(b), ECF No. 18, is **DENIED**.

2. Defendant Pacific Life Insurance Company's Motion to Strike Response and Declaration of Andrew Brown, ECF No. 29, is **DENIED as moot**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 24th day of January 2024.

Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO DISMISS AMENDED COMPLAINT; DENYING AS MOOT MOTION TO STRIKE BROWN RESPONSE *2**