Daniel R. Laurence, WSBA No. 19697
Stritmatter Law
3600 15th Ave. W., Suite 300
Seattle, WA 98119
Telephone: (206) 448-1777
Email: dan@stritmatter.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| SIMONA G. MARIE and THOMAS LEWIS, spouses, and ALTCONT, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a foreign corporation; HARDING FINANCIAL PARTNERS, INC. a foreign corporation; ANDREW J. BROWN, an individual; CORPORATE ASSET RETENTION, INC., a foreign corporation; CORPORATE ASSET FINANCIAL CORPORATION; a foreign corporation; THOMAS FOREST, an individual; and UNKNOWN DEFENDANTS 1 through 5, unknown individuals and/or entities,<br><br>Defendants. | CAUSE NO. 4:23-cv-05093-RLP<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that all claims against all parties in this action have

been resolved, subject to complete fulfilment of the settlement terms, and the filing

of a stipulation and proposed order of dismissal. All trials or other hearings in this

NOTICE OF SETTLEMENT - 1

Stritmatter Law
3600 15th Avenue West, Suite 300
Seattle, WA 98119
(206) 448-1777

matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

DATED:  September 11, 2025.

STRITMATTER LAW

/s/ *Daniel R. Laurence*
Daniel R. Laurence, WSBA #19697
3600 15th Ave. West, Ste. 300
Seattle, WA 98119
Email:  dan@stritmatter.com
Attorney for Plaintiffs

DBS LAW

/s/ *Claire L. Rootjes*
Claire L. Rootjes (WSBA #42178)
Daniel J. Bugbee (WSBA #42412)
155 NE 100th Street, Suite 205
Seattle, WA  98125
Email:  Crootjes@lawdbs.com
           DBugbee@lawdbs.com
Attorneys for Defendant Pacific Life Insurance

TADJEDIN THOMAS & ENGBLOOM LAW GROUP, LLP

/s/ *Julie Engbloom*
Julie Engbloom (WSBA #63374)
Amir H. Tadjedin (WSBA #47414)
1550 SW First Avenue, Suite 1020
Portland, OR  97201
Email:  Juliee@ttelawgroup.com
           Amirt@ttelawgroup.com
Attorneys for Defendant Harding Financial Partners, Inc.

**NOTICE OF SETTLEMENT - 2**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

WOOD SMITH HENNING & BERMAN, LLP

*/s/ Colin J. Troy*
Colin J. Troy (WSBA #46197)
Philip B. Grennan (WSBA #8127)
801 Kirkland Avenue
Kirkland, WA  98033
Email:  CTroy@wshblaw.com
           PGrennan@wshblaw.com
Attorneys for Defendant Andrew Brown

FREEMAN MATHIS & GARY, LLP

*/s/ Andrea Holburn Bernarding*
Andrea Holburn Bernarding (WSBA #28599)
701 Fifth Avenue, 42nd Floor
Seattle, WA  98104
Email:  Andrea.bernarding@fmglaw.com
Attorneys for Defendants Thomas Forest and
Corporate Asset Financial Corporation

**NOTICE OF SETTLEMENT - 3**

Stritmatter Law
3600 15th Avenue West, Suite 300
Seattle, WA  98119
(206) 448-1777

1

CERTIFICATE OF SERVICE

2

I hereby certify that on September 11, 2025, I electronically filed with the

3

Clerk of Court using the CM/ECF system which will send notification of such

4

filing to all attorneys of record.

5

6

DATED at Sammamish, Washington, this 11th day of September, 2025.

7

8

*/s/ Jeanne Laird*_____
Jeanne Laird, Paralegal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**NOTICE OF SETTLEMENT - 4**

Stritmatter Law
3600 15th Avenue West, Suite 300
Seattle, WA  98119
(206) 448-1777