FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SIMONA G. MARIE and THOMAS LEWIS, spouses, and ALTCONT, LLC, a Washington limited liability company,

    Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY, a foreign corporation; HARDING FINANCIAL PARTNERS, INC., a foreign corporation; ANDREW J. BROWN, an individual; CORPORATE ASSET RETENTION, INC, a foreign corporation; CORPORATE ASSET FINANCIAL CORPORATION; a foreign corporation, THOMAS FOREST, an individual; and UNKNOWN DEFENDANTS 1 through 5, unknown individuals and/or entities,

    Defendants.

No. 4:23-CV-05093-RLP

ORDER GRANTING STIPULATED MOTION TO DISMISS

ORDER GRANTING STIPULATED MOTION TO DISMISS * 1

1	Before the Court is the parties' stipulated Motion to Dismiss, ECF No. 117.
2	The parties stipulate to the dismissal of this action. Pursuant to FRCP
3	41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a
4	stipulation of dismissal signed by all parties who have appeared. The stipulation is
5	signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' stipulated Motion to Dismiss, **ECF No. 117**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and cross-claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **close** the file, and provide copies to the parties.

DATED February 3, 2026.

_____
Rebecca L. Pennell
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS * 2